UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CHRISTOPHER HART, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHSTATE BANK, N.A., a company, and SOUTHSTATE CORPORATION, a corporation,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-01905-RMG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Christopher Hart, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendants SouthState Bank, N.A. and SouthState Corporation (collectively, "SouthState"). The Plaintiff is entitled to make such dismissal as a matter of right because it is being filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 9, 2024

Respectfully submitted,

*/s/ Stuart H. McCluer*
Stuart H. McCluer (Federal ID No. 13213)
McCulley McCluer LLC
701 E. Bay St., Suite 411
Charleston, SC 29403
(843) 444-5404
smccluer@mcculleymccluer.com

*Counsel for Plaintiff*